# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00248-CV

## In re Z. T. I.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a), (d).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: October 28, 2022